**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

      Plaintiff,                            Case No.: 1:25-cv-13271

v.                                     Judge Steven C. Seeger

THE PARTNERSHIPS AND             Magistrate Judge M. David Weisman
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF A TURNOVER ORDER**
**DIRECTED TO TEMU, LLC**

Pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402, Plaintiff, ANDERSON DESIGN

GROUP, INC. ("Plaintiff"), by its counsel, moves this Honorable Court for an order for turnover

or funds belonging to the below named Defendants currently held by Temu, LLC ("Temu"). In

support of this motion, Plaintiff states the following.

On April 27, 2026, this Court entered judgment in favor of Plaintiff and against Defendants

in the amount of one thousand dollars ($1,000) for willful use of the infringing Anderson Design

Group Works. [32]. On May 11, 2026, the Clerk of the Court issued a Citation to Discover Assets

("Citation") directed to Temu and regarding the below Defendants (the "Judgment Debtors").

| No. Defendant | Seller Name | Account ID |
|---|---|---|
| 1 | Hemingtonge | 634418219366298 |
| 2 | StylishStrata | 634418222324268 |
| 3 | Money Progress | 634418223804284 |
| 4 | ModiFabric | 634418222367035 |
| 5 | F Iron painting | 634418223510656 |
| 6 | XXZ ART | 634418222235499 |
| 7 | SCDESTHEINTDHONG | 634418223906848 |

| 8 | Art field | 634418215510866 |
|---|---|---|
| 9 | Iron Artistry Gallery | 634418221289898 |
| 10 | xxxprint Arts j | 634418222608688 |
| 11 | Puppy Art | 634418219851741 |
| 12 | A Nice day DAY | 634418222452378 |
| 13 | LJposter | 634418217956694 |
| 14 | Artistry Haven Creations | 634418221632223 |
| 15 | Albai poster | 634418223465582 |
| 16 | HGVZQR | 634418222730062 |
| 17 | ZLPMLYZXX | 634418223376503 |
| 18 | MetalCanvas | 634418215539203 |
| 19 | SLO FEIXIANN | 634418222229765 |
| 20 | AluArt Decor | 634418223528290 |
| 21 | Lazy Tides | 634418223695207 |
| 22 | HuTPH diy happy | 634418219752276 |
| 23 | SQYICHEN | 634418220251453 |
| 24 | HGVZQO | 634418222729945 |
| 25 | Joselyn AA | 634418221899078 |
| 26 | Artful Life | 634418220061055 |
| 27 | Sunny Side Home Furnishings | 634418223573196 |
| 28 | Signer UEA | 634418224228792 |
| 29 | AliceSales | 634418223551599 |
| 30 | ImaginarySpace | 634418216948022 |
| 31 | SFDES TWO | 634418224084949 |
| 32 | CQY ForgeArt | 634418223674431 |
| 33 | Canvas Frame Nest | 634418221091738 |
| 34 | lingiposter | 634418222435300 |
| 35 | YM Art BTC | 634418223447790 |
| 36 | Ackermay | 634418222159490 |
| 37 | Vivid Blast | 634418223648379 |
| 38 | Metallurge Decor | 634418222158489 |
| 39 | MadeOrder | 634418222145717 |
| 40 | YD Art BTB | 634418223413461 |
| 41 | Lazy Luxe | 634418219092395 |
| 42 | WADEWA | 634418224192754 |
| 43 | We Grapefruit Art | 634418221074326 |
| 44 | Wf Grapefruit Art | 634418221075377 |
| 45 | HION Frameless painting | 634418221216409 |
| 46 | Orange art frameless painting | 634418220507746 |
| 47 | luskB | 634418222556034 |

| | | |
|---|---|---|
| 48 | luskC | 634418222556229 |
| 49 | luskE | 634418222556276 |
| 50 | XDQ | 634418222235880 |
| 51 | Unframed Stories | 634418222844155 |
| 52 | DecoMuse | 634418222535581 |
| 53 | QuickFrame Metal | 634418222160173 |
| 54 | CDXHC local | 634418223889887 |
| 55 | Urban Nest Vault Home | 634418219762693 |
| 56 | SLO TIEPIHUA | 634418222230220 |
| 57 | xxxart PrintsPP | 634418222609124 |
| 58 | LUXILUXI SHOP | 634418221433716 |
| 59 | Vintage Glimmer Gallery | 634418218486528 |
| 60 | Wenny JS | 634418220590126 |
| 61 | LZMGXBBQE | 634418223164311 |
| 62 | SPPsreight | 634418222403646 |
| 63 | XMDDPW | 634418223781369 |
| 64 | KIAMAA | 634418219975011 |
| 65 | LZMGXBXLD | 634418223272773 |
| 66 | GLLONE | 634418219621727 |
| 67 | JZTCONE | 634418219618279 |
| 68 | LYBHone | 634418219620556 |
| 69 | Boze | 634418219522189 |
| 70 | GHBHONE | 634418220014328 |
| 71 | TengYuAd | 634418217214975 |
| 72 | Fan Mural local | 634418223013763 |
| 73 | Vivid Arts | 634418220062146 |
| 74 | Gallery Grace | 634418220062091 |
| 75 | UrbanCanvass | 634418222961187 |
| 76 | gaolaogeIII | 634418223208919 |
| 77 | luke sign local | 634418222545373 |
| 78 | Urban Tees | 634418219487732 |
| 79 | XKDDPW | 634418223660174 |
| 80 | WallArtWorld | 634418218493283 |
| 81 | Aesthetic Wallarts | 634418223282730 |
| 82 | Artistic Canvas | 634418223299968 |
| 83 | QIKMESC | 634418218670889 |
| 84 | LYBHTWO | 634418219621228 |
| 85 | JZTCTWO | 634418219640806 |
| 86 | GLLTWO | 634418219622054 |
| 87 | WanmeiG | 634418219115076 |

| 88 | YQtmshopft | 634418219990100 |
|---|---|---|
| 89 | Finersay | 634418219524290 |
| 90 | GHBHTWO | 634418220014832 |
| 91 | jojojo art | 634418221817589 |
| 92 | IronVerse Living | 634418222158325 |
| 93 | ZHLIANGJI | 634418223036444 |
| 95 | xxxart PrintsC | 634418222605363 |
| 96 | FJHHSQAC | 634418221806776 |
| 97 | FKLMGKRL | 634418221805908 |
| 98 | RongxingSH | 634418220302775 |
| 99 | xxxart PrintsYY | 634418222608951 |
| 100 | yanxiali | 634418220835968 |
| 101 | Xiaocai blanket | 634418219989077 |
| 102 | Super Literature | 63441821739417 |
| 103 | SnuggleSoft | 634418219226846 |
| 104 | XZXart A BT | 63441822154708l |
| 105 | ABAOA | 634418223469849 |
| 106 | Ten hardworking iron paintings | 634418222038448 |
| 107 | FVAZQB | 634418222541205 |
| 108 | jinguanshanshanbaofu | 634418221220239 |
| 109 | Vintage Home Decoration local | 634418223066412 |
| 110 | Hemiinfo local | 634418215775985 |
| 111 | PosterVerse B | 634418222760187 |
| 112 | MZHDAADF | 634418220201381 |
| 113 | SteelNest Walls | 634418221812245 |
| 114 | Flower World Gallery | 634418222826368 |
| 115 | YeYe Warm home | 634418219542175 |
| 116 | JDKUBJ | 634418223001202 |
| 117 | TYT Wall Artyt | 634418221827218 |
| 118 | Minimal Style | 634418217472300 |
| 119 | Kuindy local | 634418223203423 |
| 120 | DingNuoDianZi | 634418220902226 |
| 121 | TerraPortDIY | 634418223014696 |
| 122 | MC art | 634418221844346 |
| 123 | MYY Canvas Painting Shop | 634418220713061 |
| 124 | RusticTin Wall | 634418222145427 |
| 125 | XZXartC BB | 634418223317534 |
| 126 | Liangen Home Decoration Factory local | 634418222652385 |
| 127 | MAGA tin signs | 634418223576145 |

| 128 | Five raccoons | 634418223725143 |
|-----|---------------|------------------|
| 129 | LZMGXBLYA | 634418223950606 |

Plaintiff served Temu with the Final Judgment Order and Citation on May 12, 2026. On June 18, 2026, Temu served Plaintiff with its Answer identifying that it withheld funds belonging to the Judgment Debtor pursuant to the Citation.

Plaintiff hereby requests that this Court enter an order directing Temu to turnover the funds belonging to the Judgment Debtor being held in accordance with the Citation pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402.

DATED: June 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***