**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

Plaintiff,

Case No.: 1:25-cv-13271

v.

Hon. Steven C. Seeger

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**TURNOVER ORDER**

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1. Temu, LLC has satisfied the Notice of Third Party Citation to Discover Assets;

2. Temu, LLC is directed to pay the judgment creditor, ANDERSON DESIGN GROUP, INC, the amount held by Temu, LLC up to $1,000 as awarded for the Defaulting Defendants in accordance with the Court's Final Judgment Order [32], pursuant to a Citation to Discover Assets; (details of the accounts listed in Schedule A hereto); and,

3. Deliver said Proceeds by wire to Plaintiff's Counsel at

Bank: 5/3 Bank
7727 West Lake Street
River Forest, IL 60305
Acct Name: KEITH A. VOGT, ESQ.
ABA Routing: 071923909
International Wire Transfer routing number: 042000314
Swift Code: FTBCUS3C
Deposit to Account: 9999172060

Date: October 14, 2026

Steven C. Seeger
United States District Judge

**Schedule A**

| No. Defendant | Seller Name | Account ID |
|---|---|---|
| 1 | Hemingtonge | 634418219366298 |
| 2 | StylishStrata | 634418222324268 |
| 3 | Money Progress | 634418223804284 |
| 4 | ModiFabric | 634418222367035 |
| 5 | F Iron painting | 634418223510656 |
| 6 | XXZ ART | 634418222235499 |
| 7 | SCDESTHEINTDHONG | 634418223906848 |
| 8 | Art field | 634418215510866 |
| 9 | Iron Artistry Gallery | 634418221289898 |
| 10 | xxxprint Arts j | 634418222608688 |
| 11 | Puppy Art | 634418219851741 |
| 12 | A Nice day DAY | 634418222452378 |
| 13 | LJposter | 634418217956694 |
| 14 | Artistry Haven Creations | 634418221632223 |
| 15 | Albai poster | 634418223465582 |
| 16 | HGVZQR | 634418222730062 |
| 17 | ZLPMLYZXX | 634418223376503 |
| 18 | MetalCanvas | 634418215539203 |
| 19 | SLO FEIXIANN | 634418222229765 |
| 20 | AluArt Decor | 634418223528290 |
| 21 | Lazy Tides | 634418223695207 |
| 22 | HuTPH diy happy | 634418219752276 |
| 23 | SQYICHEN | 634418220251453 |
| 24 | HGVZQO | 634418222729945 |
| 25 | Joselyn AA | 634418221899078 |
| 26 | Artful Life | 634418220061055 |
| 27 | Sunny Side Home Furnishings | 634418223573196 |
| 28 | Signer UEA | 634418224228792 |
| 29 | AliceSales | 634418223551599 |
| 30 | ImaginarySpace | 634418216948022 |
| 31 | SFDES TWO | 634418224084949 |
| 32 | CQY ForgeArt | 634418223674431 |
| 33 | Canvas Frame Nest | 634418221091738 |
| 34 | lingiposter | 634418222435300 |
| 35 | YM Art BTC | 634418223447790 |
| 36 | Ackermay | 634418222159490 |
| 37 | Vivid Blast | 634418223648379 |

| | | |
|---|---|---|
| 38 | Metallurge Decor | 634418222158489 |
| 39 | MadeOrder | 634418222145717 |
| 40 | YD Art BTB | 634418223413461 |
| 41 | Lazy Luxe | 634418219092395 |
| 42 | WADEWA | 634418224192754 |
| 43 | We Grapefruit Art | 634418221074326 |
| 44 | Wf Grapefruit Art | 634418221075377 |
| 45 | HION Frameless painting | 634418221216409 |
| 46 | Orange art frameless painting | 634418220507746 |
| 47 | luskB | 634418222556034 |
| 48 | luskC | 634418222556229 |
| 49 | luskE | 634418222556276 |
| 50 | XDQ | 634418222235880 |
| 51 | Unframed Stories | 634418222844155 |
| 52 | DecoMuse | 634418222535581 |
| 53 | QuickFrame Metal | 634418222160173 |
| 54 | CDXHC local | 634418223889887 |
| 55 | Urban Nest Vault Home | 634418219762693 |
| 56 | SLO TIEPIHUA | 634418222230220 |
| 57 | xxxart PrintsPP | 634418222609124 |
| 58 | LUXILUXI SHOP | 634418221433716 |
| 59 | Vintage Glimmer Gallery | 634418218486528 |
| 60 | Wenny JS | 634418220590126 |
| 61 | LZMGXBBQE | 634418223164311 |
| 62 | SPPsreight | 634418222403646 |
| 63 | XMDDPW | 634418223781369 |
| 64 | KIAMAA | 634418219975011 |
| 65 | LZMGXBXLD | 634418223272773 |
| 66 | GLLONE | 634418219621727 |
| 67 | JZTCONE | 634418219618279 |
| 68 | LYBHone | 634418219620556 |
| 69 | Boze | 634418219522189 |
| 70 | GHBHONE | 634418220014328 |
| 71 | TengYuAd | 634418217214975 |
| 72 | Fan Mural local | 634418223013763 |
| 73 | Vivid Arts | 634418220062146 |
| 74 | Gallery Grace | 634418220062091 |
| 75 | UrbanCanvass | 634418222961187 |
| 76 | gaolaogeIII | 634418223208919 |
| 77 | luke sign local | 634418222545373 |

| | | |
|---|---|---|
| 78 | Urban Tees | 634418219487732 |
| 79 | XKDDPW | 634418223660174 |
| 80 | WallArtWorld | 634418218493283 |
| 81 | Aesthetic Wallarts | 634418223282730 |
| 82 | Artistic Canvas | 634418223299968 |
| 83 | QIKMESC | 634418218670889 |
| 84 | LYBHTWO | 634418219621228 |
| 85 | JZTCTWO | 634418219640806 |
| 86 | GLLTWO | 634418219622054 |
| 87 | WanmeiG | 634418219115076 |
| 88 | YQtmshopft | 634418219990100 |
| 89 | Finersay | 634418219524290 |
| 90 | GHBHTWO | 634418220014832 |
| 91 | jojojo art | 634418221817589 |
| 92 | IronVerse Living | 634418222158325 |
| 93 | ZHLIANGJI | 634418223036444 |
| 95 | xxxart PrintsC | 634418222605363 |
| 96 | FJHHSQAC | 634418221806776 |
| 97 | FKLMGKRL | 634418221805908 |
| 98 | RongxingSH | 634418220302775 |
| 99 | xxxart PrintsYY | 634418222608951 |
| 100 | yanxiali | 634418220835968 |
| 101 | Xiaocai blanket | 634418219989077 |
| 102 | Super Literature | 634418217394117 |
| 103 | SnuggleSoft | 634418219226846 |
| 104 | XZXart A BT | 634418221547081 |
| 105 | ABAOA | 634418223469849 |
| 106 | Ten hardworking iron paintings | 634418222038448 |
| 107 | FVAZQB | 634418222541205 |
| 108 | jinguanshanshanbaofu | 634418221220239 |
| 109 | Vintage Home Decoration local | 634418223066412 |
| 110 | Hemiinfo local | 634418215775985 |
| 111 | PosterVerse B | 634418222760187 |
| 112 | MZHDAADF | 634418220201381 |
| 113 | SteelNest Walls | 634418221812245 |
| 114 | Flower World Gallery | 634418222826368 |
| 115 | YeYe Warm home | 634418219542175 |
| 116 | JDKUBJ | 634418223001202 |
| 117 | TYT Wall Artyt | 634418221827218 |
| 118 | Minimal Style | 634418217472300 |

| | | |
|---|---|---|
| 119 | Kuindy local | 634418223203423 |
| 120 | DingNuoDianZi | 634418220902226 |
| 121 | TerraPortDIY | 634418223014696 |
| 122 | MC art | 634418221844346 |
| 123 | MYY Canvas Painting Shop | 634418220713061 |
| 124 | RusticTin Wall | 634418222145427 |
| 125 | XZXartC BB | 634418223317534 |
| 126 | Liangen Home Decoration Factory local | 634418222652385 |
| 127 | MAGA tin signs | 634418223576145 |
| 128 | Five raccoons | 634418223725143 |
| 129 | LZMGXBLYA | 634418223950606 |